WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bounama Fall,<br><br>    Petitioner,<br><br>v.<br><br>Enrique Lucero, et al.,<br><br>    Respondents. | No. CV-16-02908-PHX-JAT<br><br>**ORDER** |

Petitioner filed a Petition seeking release from custody, pursuant to 28 U.S.C. § 2241, pending his removal from the United States. Respondents have advised the Court that Petitioner has been removed. (Doc. 8). Accordingly, the Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) recommending that this Court dismiss the Petition, as moot, without prejudice. (Doc. 11). No party has filed an objection to the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

Based on the foregoing,

**IT IS ORDERED** that the R&R (Doc. 11) is adopted. The Petition in this case is dismissed, without prejudice, and the Clerk of the Court shall enter judgment accordingly.

Dated this 12th day of June, 2017.

James A. Teilborg
Senior United States District Judge